

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Jeffrey S. Thomason**
Acting Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 26, 2021

See attached list of counsel

    Re:    *Mad Rhino, et al. v. Best Buy Stores, et al.*
              2:03-CV-05604 DDP (AJWx)

Dear Counsel:

    I have been contacted by Judge Dean D. Pregerson, who presided over the above-mentioned case, which is now closed.

    Judge Pregerson informed me that he has recently discovered that, during the time he presided over the case, his children owned stock in Wal-Mart. His children's ownership of stock neither affected nor impacted his decisions in this case. Judge Pregerson did not make any substantive rulings in the case, which the parties resolved between themselves. Nevertheless, his children's stock ownership may have required recusal under the Code of Conduct for United States Judges. Therefore, Judge Pregerson directed that I notify the parties of the conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

    Although Advisory Opinion 71 contemplated disqualification after oral argument before a Court of Appeals, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

*Mad Rhino, et al. v. Best Buy Stores, et al.*
2:03-CV-05604 DDP (AJWx)
August 26, 2021

      With Advisory Opinion 71 in mind, you are invited to respond to Judge Pregerson's disclosure of a conflict in this case, including any request to reopen the case. Should you wish to respond, please submit your response by filing it on the docket on or before September 25, 2021. Any response will be considered by another judge of this District without the participation of Judge Pregerson.

      Sincerely,

      *Kiry K. Gray* (signature)

      Kiry K. Gray
      District Court Executive/Clerk of the Court

*Mad Rhino, et al. v. Best Buy Stores, et al.*
2:03-CV-05604 DDP (AJWx)
August 26, 2021

List of Counsel of Record

Christopher Chorba
Gibson, Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Email: cchorba@gibsondunn.com

John E. Andrews
Blecher and Collins
515 South Figueroa Street Suite 1750
Los Angeles, CA 90071
Email: jandrews@blechercollins.com

Maxwell M. Blecher
Blecher, Collins, Pepperman and Joye PC
515 South Figueroa Street Suite 1750
Los Angeles, CA 90071-3334
Email: mblecher@blechercollins.com

Elliott S. Kaplan
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402-2015
Email: eskaplan@rkmc.com

Steven E. Uhr
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402-2015

Thomas Allen Miller
Baltodano & Baltodano LLP
773 Marsh Street, Suite 110
San Luis Obispo, CA 93401
Email: ta25miller@gmail.com

Andrew G. Gordon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Email: agordon@paulweiss.com

Eve H. Wagner
Sauer and Wagner
1801 Century Park East, Suite 1150
Los Angeles, CA 90067
Email: ewagner@swattys.com

Glenn D. Pomerantz
Munger, Tolles and Olson LLP
350 South Grand Avenue 50th Floor
Los Angeles, CA 90071-3426
Email: glenn.pomerantz@mto.com

Henry Senji Newman
Paul, Weiss, Rifkin, Wharton and Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Email: hnewman@paulweiss.com

Jay Cohen
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Sean P. Gates
Munger, Tolles & Olson
355 S Grand Ave, 35th Fl
Los Angeles, CA 90071-1560
Email: sgates@mofo.com

Vina Chin
Sauer and Wagner
1801 Century Park East Suite 1150
Los Angeles, CA 90067

William J Meeske
Latham & Watkins
633 West 5th Street, Suite 4000
Los Angeles, CA 90071-2007

*Mad Rhino, et al. v. Best Buy Stores, et al.*
2:03-CV-05604 DDP (AJWx)
August 26, 2021

Brian D Walters
Cash Technologies Inc
1434 West 11th Street
Los Angeles, CA 90015
Email: bwalters@pooleshaffery.com

Joseph Kattan
Gibson Dunn and Crutcher
1050 Connecticut Ave NW
Washington, DC 20036-5306

Scott A Edelman
Gibson Dunn and Crutcher LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Email: SEdelman@gibsondunn.com

Michael F. Kerr
Mayer Brown Rowe & Maw
350 S Grand Ave, 25th Fl
Los Angeles, CA 90071-1503
Email: mkerr@mayerbrown.com

Robert E Bloch
Mayer Brown Rowe & Maw
1909 K Street NW
Washington, DC 20006
Email: rbloch@mayerbrownrowe.com

Scott P Perlman
Mayer Brown Rowe & Maw
1909 K Street NW
Washington, DC 20006-1101
Email: sperlman@mayerbrownrowe.com

Howard Feller
McGuireWoods
901 East Cary Street
Richmond, VA 23219-4030
Email: hfeller@mcguirewoods.com

J Brent Justus
McGuirewoods
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Email: bjustus@mcguirewoods.com

Peter E Glick
Peter E Glick Law Offices
400 Capitol Mall, Ste 1100
Sacramento, CA 95814
Email: pglick@pglick.com

Irving Scher
Weil Gotshal & Manges
767 5th Ave
New York, NY 10153
Email: Irving.Scher@Weil.com

Kay Lee Tidwell
Latham & Watkins
633 W 5th St, Ste 4000
Los Angeles, CA 90071-2007

Scott Allan Martin
Weil Gotshal & Manges
767 5th Avenue
New York, NY 10153

David F McDowell
Morrison and Foerster LLP
707 Wilshiire Boulevard Suite 6000
Los Angeles, CA 90017-3543
Email: dmcdowell@mofo.com

Michael J Bostrom
Office of the Los Angeles City Attorney
Affirmative Litigation Division
200 N. Spring Street, 14th Floor
Los Angeles, CA 90012
Email: michael.bostrom@lacity.org

*Mad Rhino, et al. v. Best Buy Stores, et al.*
2:03-CV-05604 DDP (AJWx)
August 26, 2021

Edward D Johnson
Mayer Brown LLP
Two Palo Alto Square
3000 El Camino Real Suite 300
Palo Alto, CA 94306-2112
Email: wjohnson@mayerbrown.com

Kathleen Balderrama
Alliant Asset Management
21600 Oxnard Street
Suite 1200
Woodland Hills, CA 91367
Email: katie.balderrama@alliantcapital.com

Matthew S Carrico
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY 10019

Richard M Steuer
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY 10019